IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS J. THOMAS,

    Petitioner,

vs.                                                      Case No.: 5:06cv18-SPM/MD

WALTER A. MCNEIL,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on the Magistrate Judge's Report and Recommendation (doc. 28).  Petitioner has been furnished a copy.  Petitioner submitted a motion for an extension of time to file objections. (doc. 29)  This Court finds that request for more time reasonable and it will be granted.  Petitioner's objections are accepted as being timely filed.  All objections have been considered and evaluated by this Court.  However, despite a de novo review of the objections raised by Petitioner, this Court finds that the Report and Recommendation should be adopted.

Petitioner has failed to show that the state court's denial of his claims for ineffective assistance of counsel were "contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme

Court of the United States" or "based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding." 28 U.S.C. § 2254(d).  Despite Petitioner's adamant protestations to the contrary, the state court ruling did not result in a ruling that was contrary to federal law.  The Report and Recommendation thoroughly addresses Petitioner's claims and demonstrates that they are without merit.  Specifically, this Court finds that there was no ineffective assistance of counsel.  Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

1. Petitioner's motion (doc. 29) for an extension of time to file his objections to the Report and Recommendation is *granted*. Petitioner's objections (doc. 30) are accepted as timely filed.

2. The Magistrate Judge's Report and Recommendation (doc. 28) is *adopted* and incorporated by reference in this order.

3. The § 2254 petition (doc. 9) is *denied*.

4. This case is dismissed.  The Clerk is directed to close the file.

DONE AND ORDERED this thirtieth day of March, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge