IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS J. THOMAS,

    Petitioner,

vs.                              CASE NO. 5:06-CV-18-SPM/MD

WALTER A. MCNEIL,

    Respondent.

_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY

This cause comes before the Court for a determination of whether a certificate of appealability should issue pursuant to Petitioner's notice of appeal (doc. 33) and Federal Rule of Appellate Procedure 22(b)(1). A petitioner seeking a certificate of appealability must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Petitioner argues that his Sixth Amendment right to counsel was violated because his counsel rendered ineffective assistance. For reasons stated in the Report and Recommendation (doc. 28) and Order (doc. 31), the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. The state court's conclusion that each of Petitioner's grounds for relief satisfactorily rests on tactical decisions or reasonable choices which were not

prejudicial to the Petitioner does not constitute "a decision that was contrary to, or involved an unreasonable application of, clearly established Federal law." 28 U.S.C. § 2254(d)(1).

Based on the foregoing, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.  Therefore, no certificate of appealability will be issued.

SO ORDERED this <u>eighteenth</u> day of June, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge